# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

FILED

2007 OC 12 AM 9: 34

US DISTRICT COURT

JOHNATHAN JOHNSON,
  Plaintiff,

-vs-

B. CONNOLLY, et al.,
  Defendants,

AFFIRMATION

07-CV-06077

[David G. Lariner]

STATE OF NEW YORK)
COUNTY OF FRANKLIN)ss;

JOHNATHAN JOHNSON 89A1042, affirms the following

1) I am Plaintiff in this action, and I respectfully submit this affirmation in opposition to the motion dated October 4, 2007, made by:[Gary M. Levine]assistance Attorney General, asking that the Court order the following relief; [granting an order for a change of venue]

2) The motion is scheduled to be heard on submission with NO] date notice.

3) I have Personal knowledge of facts which bear on this motion because; [ I have Filed this action within this Court of western District of New York [venue]

4) The motion Should be denied, because; [28 U.S.C section 112, specifies, that, where the claim arose

See also [28 U.S.C. Section 1391(b)(2)].

5] In this case, theres events occurred at the Elmira Correctional Facility, Chemung County [See "First and Second cause of action] courts files]], [28 U.S.C. Section 112] Supra.

Generally, it is preferable to bring the claim in the court [western District] that has jurisdiction over the place where the claim arose [Elmira Correctional Facility], [28 U.S.C. Section 1391(b)]. The determination of where the claim arose usually refers to where the injury or the events or omissions giving arise to the claim actually occurred.

6] In view of the foregoing, it is respectfully submitted that the motion should be denied.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2009

Johnathan Johnson [Prose]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

JOHNATHAN JOHNSON,
    Plaintiff,

-Vs-

B. CONNOLLY, et, al.,
    Defendants.

AFFIRMATION OF SERVICE

07-CV-06077

[David G. Larimer]

I, Johnathan Johnson 89A1042, declare under penalty of perjury that I have served a copy of the [attached] [Affirmation] upon: [Gary M. Levine assistant attorney General of counsel] whose address is: [New York State office of the Attorney General, 144 Exchange Boulevard, Suite 200, Rochester, New York 14614, by mailing it on 10/10/07

Dated: October 9, 2007

To: Clerk, U.S. District Court
    2120 U.S. Court House
100 State Street
Rochester, N.Y. 14614

CC: [Johnson's Files]

Johnathan Johnson
[pro se]